1

2

3

4                        IN THE UNITED STATES DISTRICT COURT

5                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   ROXANNA ANGELE, et al.,                      No. C 07-0296 MEJ

8              Plaintiff(s),              **ORDER FOR PLAINTIFFS TO DELIVER
                                          CHAMBERS COPIES**
9       vs.

10  ORTHO-MCNEIL PHARMACEUTICAL, et al.,

11             Defendant(s).
    _____/

12

13          On February 25, 2007, Plaintiffs electronically filed their "Motion to Remand to State

14  Court." However, Plaintiffs have violated General Order 45 and the Court's Standing Orders by

15  failing to deliver to the Clerk's Office "no later than noon on the business day following the day that

16  the papers are filed electronically, one paper copy of each document that is filed electronically . . .

17  marked 'Chambers Copy' and. . . clearly marked with the judge's name, case number, and

18  'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing

19  Order for The Honorable Maria-Elena James, ¶ 6. Plaintiffs are hereby ORDERED to comply with

20  General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of

21  the above-referenced document. Defendants are hereby advised that if they fail in the future to

22  comply with the Court's Standing Order to provide chambers copies of electronically-filed

23  documents, the Court may impose sanctions, including, but not limited to, striking from the record

24  any electronically-filed document of which a chambers copy has not been timely provided to the

25  Court.

26          **IT IS SO ORDERED.**

27  Dated: March 7, 2007                    _____
                                            MARIA-ELENA JAMES
28                                          United States Magistrate Judge

*United States District Court
For the Northern District of California*